IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**PINNACLE BANK**                                                    **PLAINTIFF**

**v.**                            **CAUSE NO. 1:25CV194-LG-RPM**

**COPE INVESTMENTS, LLC**                          **DEFENDANT**

## **DEFAULT JUDGMENT**

In accordance with the Order entered herewith, Default Judgment is awarded in favor of Plaintiff, Pinnacle Bank, and against Cope Investments, LLC.

**IT IS THEREFORE ORDERED AND ADJUDGED** that Cope Investments, LLC, is liable to Pinnacle Bank for the following:

(i) the Principal and Interest amount through March 3, 2026, of $1,607,897.78;

(ii) per diem interest through the date of Judgment ($265.39 x 1 day): $265.39;

(iii) post-judgment interest of 3.48%: and

(iv) a declaration that Cope Investments, LLC is liable for Pinnacle Bank's reasonable and necessary attorneys' fees and costs, the amount of which the Court will determine upon consideration of post-judgment motion and supporting memorandum filed by Pinnacle pursuant to Federal Rule of Civil Procedure 54(d).

**SO ORDERED AND ADJUDGED** this the 4th day of March, 2026.

s/ *Louis Guirola, Jr.*

LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE